UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| VICTORIA P. MAGANA, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., LSI TITLE COMPANY, a California Corporation; NDEx WEST LLC, a Delaware limited liability corporation; and DOES 1 through 20 inclusive,<br><br>    Defendants. | Case No.  5:11-cv-03993-CW<br><br>[Assigned to the Honorable Claudia Wilken, District Court Judge]<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE AND BRIEFING ON REQUEST FOR PRELIMINARY INJUNCTION**<br><br>Date:         September 8, 2011<br>Time:        2:00 p.m.<br>Courtroom:  2, 4th Floor |

The Court having reviewed the attached Stipulation continuing the hearing date on Plaintiff's request for a preliminary injunction, and good cause appearing,

**IT IS ORDERED:**

1. Defendant's opposition to the request for preliminary injunction is due on or before September 23, 2011;

2. Any reply of Plaintiff to said opposition is due on or before September 27, 2011;

3. The hearing on Plaintiff's request for a preliminary injunction is set for **Thursday, October 6, 2011, at 2:00 p.m., in Courtroom 2 of this Court.**

4. The Temporary Restraining Order issued by this Court on August 29, 2011 will remain in full force and effect until fourteen days after the hearing on the preliminary injunction or upon further order by this Court.

Dated:  September _6_, 2011

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE