UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| VICTORIA P. MAGANA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., LSI TITLE COMPANY, a California Corporation; NDEx WEST LLC, a Delaware limited liability corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 5:11-cv-03993-CW<br><br>[Assigned to the Honorable Claudia Wilken, District Court Judge]<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE AND BRIEFING ON REQUEST FOR PRELIMINARY INJUNCTION**<br><br>Date:         September 8, 2011<br>Time:        2:00 p.m.<br>Courtroom: 2, 4th Floor |

The Court having reviewed the attached Stipulation continuing the hearing date on Plaintiff's request for a preliminary injunction, and good cause appearing,

**IT IS ORDERED:**

1. Defendant's opposition to the request for preliminary injunction is due on or before September 23, 2011;

2. Any reply of Plaintiff to said opposition is due on or before September 27, 2011;

3. The hearing on Plaintiff's request for a preliminary injunction is set for **Thursday, October 6, 2011, at 2:00 p.m., in Courtroom 2 of this Court.**

1    4.  The Temporary Restraining Order issued by this Court on August 29, 2011 will
2 remain in full force and effect until fourteen days after the hearing on the preliminary injunction
3 or upon further order by this Court.

Dated:  September __6__, 2011

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE