IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. MAGANA, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; LSI TITLE COMPANY, a California Corporation; and NDEX WEST LLC, a Delaware limited liability corporation,<br><br>    Defendant.<br>_____/ | No. C 11-03993 CW<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO WITHDRAW |

    On August 26, 2011, Plaintiff's counsel, Nick Pacheco Law Group, APC, through Nick Pacheco, filed a motion with this Court requesting to withdraw as counsel of record for Plaintiff Victoria P. Magana. The deadline for Plaintiff to file a response opposing this motion was September 9, 2011. The Court hereby orders that the time for Plaintiff to file a response to Plaintiff's counsel's motion to withdraw is extended by fourteen days.

    Plaintiff may file an opposition to her counsel's motion to withdraw by Friday, September 23, 2011. If Plaintiff fails to file a response by that date, the unopposed motion to withdraw will be

granted. In the event that Plaintiff's counsel is permitted to withdraw, Plaintiff must find new counsel or choose to proceed pro se, that is, without counsel.

The hearing on the motion to withdraw and Plaintiff's request for a preliminary injunction remains on the calendar for Thursday, October 6, 2011 at 2:00 p.m. Plaintiff is required to appear personally at this and all future hearings in this matter, unless she retains new counsel.

IT IS SO ORDERED.

Dated: September 12, 2011

CLAUDIA WILKEN
United States District Judge

2