UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| VICTORIA P. MAGANA, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A., LSI TITLE COMPANY, a California Corporation; NDEx WEST LLC, a Delaware limited liability corporation; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | Case No.  11-cv-03993-CW<br><br>[Assigned to the Honorable Claudia Wilken, District Court Judge]<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE AND BRIEFING ON MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>**Date:**　　October 13, 2011<br>**Time:**　　2:00 p.m.<br>**Courtroom:**　2, 4th Floor |

The Court having reviewed the attached Stipulation continuing the hearing date on Defendant's Motion to Dismiss or Motion to Strike, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiff's responses to Defendant's Motion to Dismiss and Motion to Strike are due on or before October 13, 2011;

2. Defendant's replies are due on or before October 20, 2011;

3. The hearing on Defendant's Motion to Dismiss and Motion to Strike are set for November 17, 2011 at 2:00 p.m. in Courtroom 2 of this Court.

Dated:  September 23, 2011　　　　　　　　　　/s/ Claudia Wilken
　　　　　　　　　　　　　　　　　　THE HONORABLE CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE