1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  VICTORIA P. MAGANA, an                    No. C 11-3993 CW
   individual,
5                                            ORDER GRANTING
              Plaintiff,                     ATTORNEY'S MOTION
6                                            TO WITHDRAW,
        v.                                   SETTING BRIEFING
7                                            SCHEDULE FOR
   WELLS FARGO BANK, N.A.; LSI TITLE         MOTION TO DISMISS
8  COMPANY, a California                     AND MOTION TO
   Corporation; and NDEX WEST LLC, a         STRIKE, RESETTING
9  Delaware limited liability                ADR DEADLINE AND
   corporation,                              RESETTING CASE
10                                           MANAGEMENT
              Defendants.                    CONFERENCE
11 ═══════════════════════════════════/

12

13      Movant Nick Pacheco, Esq., of Nick Pacheco Law Group, APC,

14 counsel for Plaintiff Victoria P. Magana, seeks leave of this

15 Court, pursuant to Local Rule 11-5(a), and under California Rules

16 of Professional Conduct 3-700, to withdraw as counsel for

17 Plaintiff.  Plaintiff opposes the motion.  The matter was heard on

18 October 6, 2011.  Having considered all of the parties'

19 submissions and oral argument on the motion, the Court GRANTS the

20 motion to withdraw.

21      Civil Local Rule 11-4(a)(1) requires attorneys practicing in

22 this district to "comply with the standards of professional

23 conduct required of members of the State Bar of California."  The

24 California Rules of Professional Conduct allow members of the

25 California Bar to withdraw from representation with leave of the

26 Court for several reasons, including if a client "renders it

27 unreasonably difficult for the member to carry out the employment

28 effectively," if the client "breaches an agreement or obligation

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1  to the member as to expenses or fees," or for "other good cause."

2  Cal. R. Prof. Conduct 3-700(C)(1)(d),(f), 3-700(C)(6).  Before

3  withdrawing, an attorney must take "reasonable steps to avoid

4  reasonably foreseeable prejudice to the rights of the client,

5  including due notice to the client, [and] allowing time for

6  employment of other counsel[.]"  Cal. R. Prof. Conduct

7  3-700(A)(2).

8      In the present case, Movant argues that there is good cause

9  for withdrawal under each of these subsections.  Movant contends,

10  and Plaintiff admits, that Plaintiff has stopped payment on the

11  retainer check and has refused to pay Movant.  Plaintiff asserts

12  that she is not required to pay Movant at this time, because she

13  employed Movant to perform a loan modification for her and she

14  does not have to pay Movant until he has obtained a loan

15  modification for her.  However, the record demonstrates that

16  Plaintiff employed Movant to pursue the instant action to prevent

17  the foreclosure of her house.  Movant also asserts that Plaintiff

18  has been uncommunicative with him and his firm, and that

19  Plaintiff's husband or boyfriend has harassed the firm.

20  Accordingly, the Court finds that Plaintiff's failure to pay for

21  legal services and the breakdown of the attorney-client

22  relationship, which renders representation unreasonably difficult,

23  constitute good cause for withdrawal.  Further, the Court finds

24  that Movant taken reasonable steps to avoid reasonably foreseeable

25  prejudice to Plaintiff, including providing Plaintiff with timely

26  notice of his intent to withdraw and of this Motion, allowing

27  ample time to secure alternate counsel, and continuing to

28  represent her in obtaining a preliminary injunction.

1    The motion to withdraw is GRANTED.  If Plaintiff wishes to

2  pursue this litigation, she must retain new counsel or represent

3  herself in propria persona.  Until and unless Plaintiff retains

4  new counsel, Defendants must serve a paper copy on Plaintiff of

5  any documents that Defendants file on the court's Electronic Case

6  Filing system.

7    The current briefing and hearing schedules for Defendants'

8  pending Motion to Dismiss and Motion to Strike are vacated.

9  Plaintiff's opposition to those motions is due on November 17,

10 2011. Defendants' reply, if any, is due on November 28, 2011.  The

11 motions will be decided on the papers.  If Plaintiff fails to file

12 an opposition to these motions, this case will be dismissed for

13 failure to prosecute.

14    In an order dated August 29, 2011, this Court referred the

15 parties to the Alternative Dispute Resolution (ADR) Unit for an

16 initial assessment by telephone by September 16, 2011.  The

17 parties have participated in one telephone call with the ADR unit

18 and have represented to the Court that they need to participate in

19 a second call to complete the initial assessment.  The parties

20 shall participate in a further telephone conference to be

21 scheduled by the ADR Unit for a date before November 10, 2011.

22    The parties are currently set to appear for a case management

23 conference on November 8, 2011 at 2:00 p.m.  This case management

24 conference is continued to December 20, 2011 at 2:00 p.m.

25 Pursuant to this Court's Local Rule 16-9(a) and the Standing Order

26 for All Judges of the Northern District of California, the parties

27 are to submit a Joint Case Management Statement, or separate

28 statements, on or before December 13, 2011.  In the event that

1  Plaintiff fails to file a statement or does not appear at the

2  conference in person or through counsel, her claims will be

3  dismissed for failure to prosecute.

4       IT IS SO ORDERED.

5

6  Dated: 10/18/2011 _____
                     CLAUDIA WILKEN
7                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

4