IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. MAGANA, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; LSI TITLE COMPANY, a California Corporation; and NDEX WEST LLC, a Delaware limited liability corporation,<br><br>      Defendants.<br>_____/ | No. C 11-03993 CW<br><br>ORDER DISSOLVING TEMPORARY RESTRAINING ORDER |

    On August 29, 2011, the Court granted the ex parte application of Plaintiff Victoria P. Magana for a temporary restraining order against Defendants Wells Fargo Bank, N.A., and NDEx West LLC, preventing Defendants from proceeding with a trustee's sale of property located at 1113 Remington Court in Sunnyvale, California, and an order to show cause why a preliminary injunction should not be entered.

    After a hearing on October 6, 2011, this Court granted Plaintiff's motion for a preliminary injunction on the condition that she pay a bond of $3,000 per month, starting on October 20, 2011, and submit timely proof of the payment. The Court further ordered that the temporary restraining order remain in effect until that date.

**United States District Court**
For the Northern District of California

1  Plaintiff has not submitted proof of payment of the bond.
2  Accordingly, the temporary restraining order is DISSOLVED.
3  IT IS SO ORDERED.

4  Dated: **10/28/2011**
5  CLAUDIA WILKEN
   United States District Judge