IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. MAGANA, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; LSI TITLE COMPANY, a California Corporation; and NDEX WEST LLC, a Delaware limited liability corporation,<br><br>      Defendants.<br>_____/ | No. C 11-03993 CW<br><br>ORDER DISSOLVING TEMPORARY RESTRAINING ORDER |

On August 29, 2011, the Court granted the ex parte application of Plaintiff Victoria P. Magana for a temporary restraining order against Defendants Wells Fargo Bank, N.A., and NDEx West LLC, preventing Defendants from proceeding with a trustee's sale of property located at 1113 Remington Court in Sunnyvale, California, and an order to show cause why a preliminary injunction should not be entered.

After a hearing on October 6, 2011, this Court granted Plaintiff's motion for a preliminary injunction on the condition that she pay a bond of $3,000 per month, starting on October 20, 2011, and submit timely proof of the payment. The Court further ordered that the temporary restraining order remain in effect until that date.

Plaintiff has not submitted proof of payment of the bond. Accordingly, the temporary restraining order is DISSOLVED.

IT IS SO ORDERED.

Dated: **10/28/2011**

CLAUDIA WILKEN
United States District Judge