IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. MAGANA, | No. C 11-03993 CW |
|     Plaintiff, | ORDER RE: COURT CONNECTED MEDIATION |
|   v. | |
| WELLS FARGO BANK, N.A., et al., | |
|     Defendants. | |

    The Court at the recommendation of ADR unit refers this case to court-connected mediation.  Mediation shall occur as soon as possible.

Dated: 11/15/2011

                                      CLAUDIA WILKEN
                                      United States District Judge