IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. MAGANA, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; LSI TITLE COMPANY, a California Corporation; and NDEX WEST LLC, a Delaware limited liability corporation,<br><br>      Defendants. | No. C 11-03993 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE AND LIFTING PRELIMINARY INJUNCTION |

On September 9, 2011, Defendant Wells Fargo filed a motion to dismiss Plaintiff Victoria P. Magana's complaint in its entirety and a motion to strike portions of the complaint.[1] On September 21, 2011, Defendant NDEX West LLC joined Defendant Wells Fargo's motions. On October 18, 2011, the Court directed Plaintiff to file her opposition to these motions by November 17, 2011. At that time, the Court warned that Plaintiff's failure to file an opposition to these motions would result in dismissal of the case for failure to prosecute.

On October 28, 2011, following Plaintiff's submission of proof of timely payment of a bond, the Court entered a preliminary injunction preventing Defendants from proceeding with a trustee's sale of property located at 1113 Remington Court in Sunnyvale,

---

[1] Plaintiff previously voluntarily dismissed her claims against Defendant LSI Title Company. (Docket No. 14.)

California, until the resolution of this case or further court order.

Plaintiff has not filed an opposition to Defendants' motions to dismiss and to strike.  Accordingly, the case is dismissed without prejudice for failure to prosecute and the preliminary injunction is lifted.

IT IS SO ORDERED.

Dated: 11/22/2011

CLAUDIA WILKEN
United States District Judge